FILED
OCT 28 2026
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. ) N 4:26-CR-00534 ZMB/RHH
)
TORYON M. WILLIAMS, )
a/k/a "Money," )
)
Defendant. )

## INDICTMENT

## COUNT ONE

The Grand Jury charges that:

On or about May 6, 2024, within the Eastern District of Missouri,

**TORYON M. WILLIAMS, a/k/a "Money,"**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(B).

## COUNT TWO

The Grand Jury charges that:

On or about May 6, 2024, within the Eastern District of Missouri,

**TORYON M. WILLIAMS, a/k/a "Money,"**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

**COUNT THREE**

The Grand Jury further charges that:

On or about May 6, 2024, within the Eastern District of Missouri,

**TORYON M. WILLIAMS, a/k/a "Money,"**

the Defendant herein, knowingly possessed a firearm in furtherance of a drug trafficking crime which may be prosecuted in a court of the United States, that is, possession with intent to distribute 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, and possession with intent to distribute a mixture or substance containing a detectable amount of fentanyl, as charged in Counts One and Two.

In violation of Title 18, United States Code, Section 924(c)(1)(A).

**COUNT FOUR**

The Grand Jury charges that:

On or about June 5, 2024, within the Eastern District of Missouri,

**TORYON M. WILLIAMS, a/k/a "Money,"**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute mixtures or substances containing detectable amounts of methamphetamine and fentanyl, both Schedule II controlled substances.

In violation of Title 21, United States Code, Section 841(a)(1) and punishable under Title 21, United States Code, Section 841(b)(1)(C).

**COUNT FIVE**

The Grand Jury charges that:

On or about July 8, 2025, within the Eastern District of Missouri,

**TORYON M. WILLIAMS, a/k/a "Money,"**

the Defendant herein, did knowingly and intentionally distribute to another person a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, section 841(a)(1), and;

that the death of E.J., a person whose identity is known to the Grand Jury, resulted from the use of such fentanyl distributed by the defendant, making the offense punishable under Title 21, United States Code, Section 841(b)(1)(C).

**COUNT SIX**

The Grand Jury charges that:

On or about August 27, 2025, within the Eastern District of Missouri,

**TORYON M. WILLIAMS, a/k/a "Money,"**

the Defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance.

In violation of Title 18, United States Code, Section 841(b)(1)(C).

**FORFEITURE ALLEGATION**

The Grand Jury further finds by probable cause that:

1. Pursuant to Title 21, United States Code, Section 853(a), upon conviction of an offense in violation of Title 21, United States Code, Section 841(a)(1), as set forth in Counts One, Two, Four, Five and Six, the Defendant shall forfeit to the United States of America any property, constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation(s), and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such violation(s).

2. Subject to forfeiture is a sum of money equal to the total value of any property,

constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the violations set forth in Counts One, Two, Four, Five and Six.

3. Pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), upon conviction of an offense in violation of Title 18, United States Code, Section 924(c) as set forth in Count Three, Defendant shall forfeit to the United States of America any firearm or ammunition involved in or used in said violation.

4. If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL.

______________________________
FOREPERSON

THOMAS C. ALBUS
United States Attorney

______________________________
Phillip J. Voss, #6317069 (IL)
Assistant United States Attorney